UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br>                                ) <br>            Plaintiff, ) <br>                                ) <br>         v.                ) <br>                                ) <br> BRUCE T. HEBER,         ) <br>                                ) <br>           Defendant. ) <br>                                ) | NO. CR11-5055RBL <br><br> ORDER CONTINUING THE RESPONSE DATE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS |

## ORDER

The Court having reviewed the records and files herein and the stipulation of the parties:

IT IS HEREBY ORDERED that the Government's response to the defendant's pretrial motions shall be due no later than August 26, 2011. This matter shall be renoted to September 2, 2011.

DONE this 8th day of August, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Sunni Y. Ko*
SUNNI Y. KO
Assistant United States Attorney

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800